Submitted on petition for review filed July 24, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for further consideration October 8, 1996

## CHARLES M. KEENAN,
*Respondent on Review,*

*v.*

## Manfred (Fred) MAASS,
*Petitioner on Review.*

(CC 94-C-11097; CA A84950; SC S43465)

923 P2d 1200

Philip Schradle, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *Billings v. Gates*, 323 Or 167, 916 P2d 291 (1996).

Fadeley, J., would not allow petition for review.